IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-285-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TREVOR ALLEN BOGGS, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Federal Rule of Criminal Procedure 32(h), the court hereby gives notice that it is considering an upward departure under U.S.S.G. § 4A1.3(a)(1) because reliable information indicates that defendant's criminal history category substantially underrepresents the seriousness of the defendant's criminal history and the likelihood that the defendant will commit other crimes. See U.S.S.G. § 4A1.3(a)(1). The case will be set for sentencing in November. Assistant United States Attorney David Bragdon shall appear to explain the position of the United States concerning the Armed Career Criminal Act.

SO ORDERED. This 28 day of September, 2022.

JAMES C. DEVER III
United States District Judge